IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRAD CAMP, *et al.*,

       Plaintiffs,                        Civil Action 2:18-cv-00831
                                                 Chief Judge Algenon L. Marbley
      v.                                Chief Magistrate Judge Elizabeth P. Deavers

MARQUEE CONSTRUCTION, INC., *et al.*,

       Defendants.

## ORDER

On January 13, 2020, Plaintiffs filed two Joint Motions for Approval of Settlement. (ECF Nos. 31, 32.)  Plaintiffs subsequently filed a Motion to Withdraw, indicating that these Motions are identical and that the second Motion was filed inadvertently.  (ECF No. 33.)  As such, Plaintiff requests that ECF No. 32 be withdrawn.  (*Id.*)  The Motion to Withdraw is **GRANTED**.  The Clerk is directed to terminate ECF No. 32.

    **IT IS SO ORDERED.**


Date: January 14, 2020                          /s/ *Elizabeth A. Preston Deavers*
                                                           **ELIZABETH A. PRESTON DEAVERS**
                                                            **CHIEF UNITED STATES MAGISTRATE JUDGE**